NUMBER 13-01-178-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

_______________________________________________________________


BILLY RAY JOHNSON , Appellant,


v.


CLINT W. FELLERS, ET AL. , Appellees.

________________________________________________________________


On appeal from the 267th District Court

of De Witt County, Texas.

_____________________________________________________________


O P I N I O N

Before Justices Hinojosa, Rodriguez, and Castillo

Opinion Per Curiam



Appellant, BILLY RAY JOHNSON , perfected an appeal from a judgment entered by the 267th District Court of De Witt
County, Texas, in cause number 99-11-18,183 . After the record was filed, appellant filed a motion to dismiss the appeal. 
In the motion, appellant states that he no longer wishes to prosecute this appeal. Appellant requests that this Court dismiss
the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 26th day of July, 2001 .